# In the United States District Court for the Southern District of Georgia Waycross Division

A1A2Z, INC. d/b/a
TrailerShowRoom.com,

    Plaintiff,

v.

ANVIL TRAILER, LLC,

    Defendant.

CV 521-055

## ORDER

On July 18, 2022, the parties engaged in mediation and reached a settlement of the claims asserted in this action. See Dkt. No. 24. The Court stayed this case for thirty days pending the filing of a stipulation of dismissal. Id. To date, no dismissal has been filed. The Court **ORDERS** the parties to file, within **seven (7) days** of the date of this Order, a report regarding the status of settlement efforts and/or whether the parties are prepared to proceed with this case.

**SO ORDERED**, this 24 day of August, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA