# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| A1A2Z, INC. d/b/a TrailerShowRoom.com,<br><br>    Plaintiff,<br><br>v.<br><br>ANVIL TRAILER, LLC,<br><br>    Defendant. | CV 5:21-055 |

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 27, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action are hereby **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 15 day of September, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA